```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
                -v-                      :    08cr124 (DLC)
                                         :
 JOSEPH JORDAN,                          :    18cv3372 (DLC)
                                         :
                Defendant.               :
                                         :    ORDER
----------------------------------------X
```

DENISE COTE, District Judge:

On December 16, 2019, defendant filed a pro se motion for return of property under the criminal docket. On August 4, 2020, he renewed his motion under the docket of his petition for a writ of habeas corpus. Accordingly, it is hereby

ORDERED that the Clerk of Court shall assign a civil docket number to these motions and assign the case to this Court's docket.

SO ORDERED:

Dated:  New York, New York
        December 21, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge